Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−13397−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilson Guzman Jr.
   373 East Avenue
   Sewaren, NJ 07077

Social Security No.:
   xxx−xx−4100

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/7/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 7, 2022
JAN: bwj

                         Jeanne Naughton
                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 22-13397-CMG

Wilson Guzman, Jr.                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2022 | Form ID: 148 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilson Guzman, Jr., 373 East Avenue, Sewaren, NJ 07077-1411 |
| 519566427 | + | Kondaur Capital Corp, One City Blvd West, Orange, CA 92868-3639 |
| 519566431 | + | Stevens & Lee, Princeton Pike Corporate Center, 100 Lenox Drive, Suite 200, Lawrence Township, NJ 08648-2332 |
| 519581130 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519571872 | + | EDI: AISACG.COM | Jul 08 2022 00:33:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519586109 | + | EDI: AISACG.COM | Jul 08 2022 00:33:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519566420 | + | EDI: GMACFS.COM | Jul 08 2022 00:33:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519624803 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2022 20:36:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519566421 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 07 2022 20:33:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 519566423 | + | EDI: CCS.COM | Jul 08 2022 00:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519581084 | + | EDI: AIS.COM | Jul 08 2022 00:33:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519572858 | | EDI: DISCOVER.COM | Jul 08 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519566424 | + | EDI: DISCOVER.COM | Jul 08 2022 00:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519566425 | ^ | MEBN | Jul 07 2022 20:30:06 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 519566426 | + | EDI: IIC9.COM | Jul 08 2022 00:33:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |

| | | | |
|---|---|---|---|
| 519566422 | EDI: JPMORGANCHASE | Jul 08 2022 00:33:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519566428 | Email/Text: mgreenwood@motionfcu.org | Jul 07 2022 20:33:00 | Motion Federal Cu, 360 N. Wood Ave, Linden, NJ 07036 |
| 519566429 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 07 2022 20:33:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519566430 | + Email/Text: clientservices@remexinc.com | Jul 07 2022 20:33:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519650677 | Email/Text: bknotices@snsc.com | Jul 07 2022 20:34:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |
| 519566432 | EDI: TDBANKNORTH.COM | Jul 08 2022 00:33:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrian Johnson | on behalf of Debtor Wilson Guzman Jr. evanf@diazlawnow.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor JDRMDBP-SM LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4